UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

CASE NO.: 9:18-CV-80158

 Plaintiff,

vs.

MIRSKY REALTY GROUP, LLC,
BRIDGET R. YEAKLE, BONNIE
ANN PETERS AND MARK R.
ZAHEDI,

 Defendants.
_____/

**DEFENDANTS' INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants, The Defendants, Mirsky Realty Group, LLC, Bridget R. Yeakle, Bonnie Anne Peters and Mark R. Zahedi makes the following Initial Disclosures:

1. **PERSONS WITH KNOWLEDGE**

| Name | Subject Matter |
| --- | --- |
| Mirsky Realty Group, LLC | Photographs/Alleged infringement issues |
| Bridget R. Yeakle | Photographs/Alleged Infringement issues |
| Bonnie Ann Peters | Photographs/Alleged Infringement issues |
| Mark R. Zahedi | Photographs/Alleged Infringement issues |

Defendants' investigation and discovery concerning this case is continuing, and, if additional information is obtained after the date of these disclosures, Defendants will supplement these disclosures according to Rule 26(e) of the Federal Rules of Civil Procedure.

2. **DOCUMENTS AND ELECTRONIC FILES**

Defendants identify the following documents, electronically stored information, and tangibles that Defendant s may use to support its defenses.  Defendants will make available all documents, data compilations, and tangible things that are likely to bear significantly on any claim or defense for inspection on a mutually convenient date and time at the offices of counsel for Defendants. The categories of documents include, but are not limited to photographs, and invoices.

Defendants' investigation and discovery concerning this case is continuing, and, if additional information is obtained after the date of these disclosures, Defendants will supplement these disclosures according to Rule 26(e) of the Federal Rules of Civil Procedure.

A copy of all documents and tangibles that are likely to bear significantly on any affirmative defense will be made available for inspection on a mutually convenient date and time at, Klein Glasser Park & Lowe P.L., 303 Banyan Boulevard Suite 300, West Palm Beach, FL 33401.

3. **DAMAGES**

This required disclosure is not applicable to Defendants at this time.

4. **INSURANCE AGREEMENTS**

This required disclosure has been provided to Plaintiff.

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF to: Joel B. Rothman; Schneider, Rothman Intellectual Property Group, PLLC, joel.rothman@sriplaw.com; alex.cohen@sriplaw.com; 4651 North Federal Highway, Boca Raton, FL 33431 this  25th    day of April, 2018.

KLEIN GLASSER PARK & LOWE, P.L.
*Counsel for Defendants*
303 Banyan Blvd. – Suite 300
West Palm Beach, Florida 33401
Telephone:   (561) 655-1500
Facsimile:    (561) 659-2093

By:  /s/ Helen L. Miranda
HELEN LEEN MIRANDA, ESQ.
Florida Bar No. 65439
mirandah@kgplp.com
THOMAS E. JABLONSKI, ESQ.
Florida Bar No. 121866
jablonskit@kgplp.com